IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JAMES EDWARD SATTERFIELD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 319-081 |
| ANTONINE G. CALDWELL, Warden, and CORRECTIONAL OFFICER CARSWELL, | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, incarcerated at Rutledge State Prison in Columbus, Georgia, commenced this case pursuant to 42 U.S.C. § 1983. The matter is now before the Court on Plaintiff's request to voluntarily dismiss his case. (Doc. no. 10.) As no Defendant has filed an answer or a motion for summary judgment, according to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss his case without an Order from the Court. Therefore, the Court **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines. As a one-time courtesy, the Court also **DIRECTS** the Clerk to enclose with Plaintiff's service copy of this order two blank, standard complaint forms used by incarcerated litigants in the Southern District of Georgia.

SO ORDERED this 13th day of April, 2020, at Augusta, Georgia.

_/s/ Brian K. Epps_
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA